**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Danette T. Grier<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4208<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–19051–JNP | |

# Order of Discharge                                                                                     12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Danette T. Grier
aka Danette T. Lowman

<u>2/18/22</u>                                                               **By the court:**   <u>Jerrold N. Poslusny Jr.</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 21-19051-JNP
Danette T. Grier                                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                                          Page 1 of 3
Date Rcvd: Feb 18, 2022                   Form ID: 318                                         Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danette T. Grier, 45 Colts Neck Drive, Sicklerville, NJ 08081-5643 |
| 519446367 | | ADT Security Services, 111 Morse St, Mullica Hill, NJ 08062 |
| 519446369 | + | Ars Account Resolution, 1643 Nw 136th Ave, Sunrise, FL 33323-2857 |
| 519446370 | + | Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 519446374 | + | Carmax Auto Finance, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 519446381 | + | Elevate Reco, 1930 N Grand Ave, Sherman, TX 75090-2657 |
| 519446382 | | Emergency Physician Assos of SJP, PO Box 635999, Cincinnati, OH 45263-5999 |
| 519446384 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519446393 | + | Macys/dsnb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519446396 | + | New Jersey Attorney General's Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519446398 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 519446409 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 519446413 | | Virtua Health, PO BOX 8500-8267, Philadelphia, PA 19178-8267 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 18 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 18 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519446366 | | Email/Text: Bankruptcy@absoluteresolutions.com | Feb 18 2022 20:40:00 | Absolute Resolutions I, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 519449622 | + | EDI: AISACG.COM | Feb 19 2022 01:33:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519446368 | + | EDI: GMACFS.COM | Feb 19 2022 01:33:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519446372 | + | Email/Text: bk@avant.com | Feb 18 2022 20:41:00 | Avant, 222 N. LaSalle St, Suite 1700, Chicago, IL 60601-1101 |
| 519446373 | + | EDI: CAPITALONE.COM | Feb 19 2022 01:33:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519446376 | + | EDI: WFNNB.COM | Feb 19 2022 01:33:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 519446377 | + | EDI: WFNNB.COM | Feb 19 2022 01:33:00 | Comenitybank/metrostyl, Po Box 182789, Columbus, OH 43218-2789 |
| 519446378 | + | EDI: WFNNB.COM | Feb 19 2022 01:33:00 | Comenitybank/newportnw, Po Box 182789, Columbus, OH 43218-2789 |

Case 21-19051-JNP    Doc 27    Filed 02/20/22    Entered 02/21/22 00:14:11    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: 318 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519446379 | + | EDI: WFNNB.COM | Feb 19 2022 01:33:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 519446380 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 18 2022 20:38:22 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519448031 | + | EDI: AISACG.COM | Feb 19 2022 01:33:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519446383 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 18 2022 20:38:37 | Exeter Finance Llc, Po Box 166097, Irving, TX 75016-6097 |
| 519446390 | + | EDI: IRS.COM | Feb 19 2022 01:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519446392 | + | Email/Text: BKRMailOPS@weltman.com | Feb 18 2022 20:41:00 | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 519446395 | | Email/Text: ml-ebn@missionlane.com | Feb 18 2022 20:40:00 | Mission Lane/tab Bank, Po Box 105286, Atlanta, GA 30304 |
| 519446394 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2022 20:38:45 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519446404 | + | EDI: PRA.COM | Feb 19 2022 01:33:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519446405 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 18 2022 20:41:00 | State of New Jersey Division of Taxation, Collection&Enforcement- Bankruptcy Unit, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695 |
| 519446407 | + | EDI: RMSC.COM | Feb 19 2022 01:33:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519446408 | + | EDI: RMSC.COM | Feb 19 2022 01:33:00 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 519447742 | + | EDI: RMSC.COM | Feb 19 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519446411 | + | Email/Text: Stacey.VanAlst@usdoj.gov | Feb 18 2022 20:41:00 | U.S. Attorney's Office, P.O. Box 197, Montgomery, AL 36101-0197 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519446371 | *+ | Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 519446375 | *+ | Carmax Auto Finance, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 519446385 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519446386 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519446387 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519446388 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519446389 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519446391 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519446397 | *+ | New Jersey Attorney General's Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519446399 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 519446400 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 519446401 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 519446402 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 519446403 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 519446406 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey Division of Taxation, Collection&Enforcement- Bankruptcy Unit, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: 318 | Total Noticed: 37 |

| 519446410 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 519446412 | *+ | U.S. Attorney's Office, P.O. Box 197, Montgomery, AL 36101-0197 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2022         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Finberg | trustee@sjbankruptcylaw.com  J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Danette T. Grier mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4